**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VENNIE STEELMAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:12cv772 |
| | § | Judge Clark/Judge Mazzant |
| SUNRISE SENIOR LIVING | § | |
| MANAGEMENT, INC., | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

Pursuant to the Order Adopting Report and Recommendation of United States Magistrate

Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED.**

All relief not previously granted is **DENIED**.

So **ORDERED** and **SIGNED** on January  26 , 2014.

_____
Ron Clark, United States District Judge